Pee, Cueiah.
 

 The question in this case is, whether a still, set up on the lands of the lessor by the lessee, could be seized under a
 
 fi. fa.
 
 by the sheriff as the property of the lessee, and be sold as his. As between a creditor and lessee it certainly may. The decisions in modern times have gone far to consider fixtures, made for the purpose of carrying on a man’s trade, as not coming under the idea of fixtures becoming a part of the freehold. As between landlord and tenant, there is the same disposition. And even as between heir and executor, * modern notions are far more liberalized and accommodated to the ordinary purposes of those who carry on business than formerly. 4 Reports,
 
 Herlohenden's
 
 case, Salk. 368.
 
 Judgment accordingly.
 

 See
 
 Degraffenreid
 
 v.
 
 Scruggs,
 
 4 Hum.
 
 451; Childress v. Wright,
 
 2 Cold. 350; King’s Digest, 6414, 6597, 11,833.